### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Daisy

Printed: 02/03/09

Case Number:  08 B 09471

Judge:  Goldgar, A. Benjamin

Filed:  4/17/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  December 23, 2008

Confirmed:  June 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 689.00 |  |
| Secured: |  | 500.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 144.21 |
| Trustee Fee: |  | 44.79 |
| Other Funds: |  | 0.00 |
| Totals: | 689.00 | 689.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 144.21 |
| 2. | Capital One Auto Finance | Secured | 3,406.31 | 500.00 |
| 3. | Beta Finance Co | Unsecured | 1,515.98 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 2,580.00 | 0.00 |
| 5. | Capital One Auto Finance | Unsecured | 365.46 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 58.99 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 198.00 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 92.98 | 0.00 |
| 9. | Medical Collections | Unsecured |  | No Claim Filed |
| 10. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 11. | Credit Management Service | Unsecured |  | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 13. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 14. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 15. | Medical Collections | Unsecured |  | No Claim Filed |
| 16. | MRSI | Unsecured |  | No Claim Filed |
| 17. | Progressive Management Systems | Unsecured |  | No Claim Filed |
| 18. | Professional Collection | Unsecured |  | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 20. | Resurgent Capital Services | Unsecured |  | No Claim Filed |
| 21. | Sherman Acquisition | Unsecured |  | No Claim Filed |
| 22. | Allied Interstate | Unsecured |  | No Claim Filed |
| 23. | Resurgent Capital Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,691.72 | $ 644.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Daisy

Printed: 02/03/09

Case Number:  08 B 09471

Judge:  Goldgar, A. Benjamin

Filed:  4/17/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 44.54 |
| 6.6% | 0.25 |
| | $ 44.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: